JUDGE REINHARD

MAGISTRATE JUDGE SCHNEIDER

RECEIVED
11/18/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

←Ender←
michael Lucifer yen Dragon-Z
Lord Juggernaut-xyz
Pharaoh set-Es.
michael S. owlFeather-chou-chow (Son of Heaven)
Tscnami Htlaw
(chief) Col. michael S. owlFeather-Gorbey

22CV50403

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

Johnson,

Bergami,

A. Johnson

united states (i.e. Judge Reinttard) +
(i.e Judge Johnstone)

John-Jane Doe C.M.C.

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ~~ONLY~~: Consolidated petition Bivens & FTCA.

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___✓___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___✓___ OTHER (cite statute, if known) FTCA 28 USC §.2671-2680

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  Plaintiff(s):

← Ender ←
michael lucifer yer Dragon-2/ lord Juggernaut-xyz/
michael s. owl Feather-chou-chou (son of Heaven)/
Tsunami Khan.

A.  Name: (Chief) Col. michael s. owl Feather-Gorbey

B.  List all aliases: Michael S. Gorbey

C.  Prisoner identification number: D.C. DOC 317611 Fed. 33405-013

D.  Place of present confinement: USP Thompson

E.  Address: PO Box 1002 Thompson, illinos 61285

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: MR. Johnson

Title: G-unit case manager

Place of Employment: USP Thompson

B.  Defendant: Bergami?

Title: Warden

Place of Employment: USP Thompson

C.  Defendant: A Johnson

Title: Correctional officer

Place of Employment: USP Thompson

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

(d) Defendant united states (ire Judge Reinhard & Johnstone)
Title US DIST. Judges for
Rockford. illi  2

(e) see Continued list C.m.C.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

<u>List of Defendants Continued,</u>

(d) Defendant United States (i.e. Judges Reinhard & Johnstone)
Title U.S. Employees Judges - (i.e. US. Government)
Place of Employment U.S. Dist. Ct. Rockford, Ill.

(e) Defendant John or Jane Doe
Title C.M.C. Case Manager Coordinator
Place of Employment USP Thompson, Ill.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: multiple too many to list. Aprimate 360

B. Approximate date of filing lawsuit: 2007 to date

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Same

D. List all defendants: multiple (way too many) to list. Approximate 250

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): multiple

F. Name of judge to whom case was assigned: multiple

G. Basic claim made: multiple. Government misconducts. Physical & Const. injuries.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): multiple. Many Dismissals through Gov. misconduct cover ups & Conspiracy.

I. Approximate date of disposition: multiple.

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Staff Named Are subjecting Gorbey to Physical Assaults & then invoking Cover ups. Keeping Gorbey in imminent Dangers. While Falsifying Records & Abusing Powers of office.

(i) Case manager Johnson Has been smart mouthing Gorbey While Denying Gorbey meaningful Case manager Access Has been trashing Gorbey's legal Papers & challenges to Central File PSR & sentence Comp. Failing to Assist Gorbey with Family Contacts & or to Address Custody Score Errors. While Falsifying Gorbey's FSA & other scores to make Gorbey Appear seriously violent. (ii) Keep Gorbey in threatful Housings Gorbey Does not Qualify For Posing A Continued threat to Gorbey. When Gorbey 1st never should Have been sent to nore Kept in smu when His Custody Points Are in Error not Qualifying Gorbey For smu Placement & False information was used in Gorbey's smu Referral Papers to get Gorbey to Smu. Claiming Gorbey 51 is only 25 years old & His Non-violent FBOP charges threaten Everybodys life. FBOP Policy & Duties of staff Require A C.M.C. & Case manager to insure All new Arrivals Are Properly Scored & Designated. ~~see continued pages~~

Revised 9.2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10-4-22 [If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(2) Warden Bergami Dening Gorbey Disclpline Appeal Relief (To) Bootstrap Enforce Capricious, Retaliory Sancition in Report 3668380 Falsely claiming Gorbey Never inform Any body of Any Assault by inmate Riggs To Stop Dols from ordering Gorbey back in A cell with Riggs When infact (multiple) F.Bop Records including but Not limited To 9-11-22 Medical Records & Bp9 #1132637-F1 Filed on the Assault & Related staff Misconducts & Bp9 #113273-F1 on Medical While inJuries from the Assault were Reported by R.N. D. Heinsen. Yet. No TreaTment Has been Provided for A Busted Ear & Jaw while Bergami Trying To Effect A (Cover-up) like staff Did with (several) Earlier Physical Assaults by inmates Riggs. Kenny Ray 7-13-22 & Kowalcyk 6-9-22 To 6-24-22. (while) These Cover-ups Fail To Record the Assaults & Post Appropriate keep Aways & To sanction Misconduct inmates & staff is (Keeping Gorbey) At Threat of yet More Physical Assault & serious inJuries As Took Place Today 10-6-22.

(3) on 10-6-22 Gorbey Filed A Bp8 on Case Manager Johnson & then shortly Afterwords Co-Johnson Try To Move Gorbey back in unit Go2 with inmates Riggs. Kenny Ray & others who Are A Threat To Gorbey. While This same Day 10-6-22 Gorbey witness Co-Johnson Physically Assault Another inmate in Go3 cell 911.

(4) All Continuing while Judge Reinhard Abuses 1915(g) To Deny Gorbey Court Access & labling His Assaults & inJuries As Firvolous. & itself (Causing) Gorbey Damages & Dangers. See

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

~~Continuance Page~~ Also. Judge Johnston Doing the same. see. Continuance Pages

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) 66,000,000.00 million dollars
(2) injunction & or TRO for personal safety & to be kept away from Kenny Ray, Briggs, Kiwalek, & any & all inmate in unit 6G2 from 5-31-22 to 8-28-22.
(3) immediate medical treatment for serious Head injuries neck injuries. (4) I want 3191509 Reform, to provide inmates timely & meaningful court access (5) I want kept seperated from All other Smu. inmates until Im transfer Away from them. (6) I want immediate Removal from Smu.

VI. 7 The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 th day of Oct. , 20 22

← Ender ★
(chief) Michael Lucifer yendragon -Gorbey owlfeather -Gorbey
(Signature of plaintiff or plaintiffs)

Michael Lucifer yendragon-Z
Michael S. owlfeather-Gorbey
(Print name)

D.C. DOC 317611 Fed. 33405-013
(I.D. Number)
USP Thompson Pc Box 1002
Thompson, ill 61285.

_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CONTINUANCE Page To SUIT          Page 1 of 6

28 USC 31246 & 18 USC 3162 owlFeather-Gorbey

(4) the Errors & Negligences start in the 1st instance with Gorbey Even being Placed in SHU Which (itself) is AN imminent Danger & Causing Gorbey irrepairable Harms.

(a) Gorbey Was At A (medium) level Facility FCI Beckley & only committed A 300 level Act out of bounds With A small Hand size bag & shoe string Rope For Appearance (to) get Federal Authorities in FCI Beckley (because) of serious misconducts Physical staff Assaults & more! (While) local Federal Courts slap Down Every petition Filed by inmates & Fed. Judges Actually boasted About claiming it not unconstitutional the FCI staff Physically Assaulting inmates Feeding them Rotten meats. & the local Jail 5 to miles Down the Road Also beating People (to Death) With 50 people in 16 Person Units charging 89 & For $A 15 & soup & Not maintaining the Plumbing With People Having to Piss & shit in the sinks & showers to push Down Drains because Toilets Wont Flush. While staff Retaliating took it to the Extreme & charge Gorbey For 102(A) Attempt Escape. Violated Due Process in DHo proceeding. impartiality by DHo leslie taking part in Pre-DHo Proceedings investigations & Re-investigations & Having the charges brought (to Her). Re-investigated & Re-issue the shot same 2 months late Without Any Wardens Extention Violating Due Process to try to Cure Due Process Violations & then Convicted &

Withheld the DHO Report some 4 months (to) prevent any appeal while iniciating smu Referrals. & then violated Due Process Denying Gorbey Reavested staff assistance to Compile Evidence & Witness statements at the smu Hearing & then 4 Ranking F.Bop members so boldly, sign to Approve (Falsified information) in the smu Referral Papers Falsely Alleging Gorbey 51 is only 25 years old & His None-violent FBop charges threaten the lives of Everyone. (To) Knowingly Error Designate Gorbey to smu.

(1) violating Policy Taking Gorbey up 2 (two) levels From A medium level Facility to max custody. smu.

(2) violating smu Hearing Due Process Rights, while (Knowing) Gorbey Does Not Qualify For smu. see. P.S. 5217.02 (smu) "smu is to Effectively manage inmate Problems (Resulting From) geographical groups & gangs (with) A History of serious & Disruptive Disciplinary infractions. inmates who Committed A 100 level prohibited Act (After) being classified As A member of A Disruptive group or Participated in, orginized or Facilitated Any (group) misconduct that Adversedly Affected the orderly opperation of A Correctional Facility" which does not Apply to Gorbey (while)

(3) FCI Beckley staff Repeatedly boasted they Had Contacted USP Thompson Ahead of Time (to insure) Gorbey get "Fucked up." Physically Assault or Kill. Knowing Avery who is a threat to Gorbey Is the Capt. At. USP Thompson

(4) Gorbey Arived At usp thompson to immediately be subject To Adverse Housing. Physical Assaults & serious injuries & Denials of medical Treatments for those injuries & His seriously Advanced glau- -Coma or serious Neck, Back & L-Arm nerve injuries From F.C.I. Beckley Staff Assault. 8-9-21

(5) Gorbey Has been Force to File Repeated Complaints in the local Federal Court As the issues progress

(a) because He's been Denied meaningful local F.Bop Remedy Access & Has No Alternative means of Relief. &

(b) because 51915(g) "At the Time of Filing" Requirement & Hostile Courts negligently Refusing Gorbey leave To Amend. Add to or Supplement - Expanding the Record in His suits such As Judges ReinHard & JohnsTone Have Done in Cases 22-c-50160, 50173 50315 & 50317. iT (Forces) Gorbey To File A New Complaint (Every stage of the Way!) While He is showing Patterns of misconducts. He must include All of the Earlier Events (Each Time) Which, At A glance, (Appears To) be the same issues Filed & Re-filed. but, The legal Fact is Each Complaint (At the End) includes (New) subsequent facts Adding To support A Con- -Tinued (pattern of misconducts) Evidencing the likelihood of serious physical injuries or

Death Satisfying (Each Time) §1915 (g) Martin vs. Shelton 319 f3d 1048. 1050 (8th cir. 2003)
but Reinhard & Johnston Are Repeatedly being Bias. Prejudice & Hostile showing Animosities - Antaginisms Towards Gorbey Abusing §1915 (g) As A Categorical Prohibitive Financial barrier Denying Gorbey Any & All Access To Court clearly Abusing Discretions As Recently Proven in 7th Cir. App. 22-2129 Judge Reinhard. claim $1915 (g) Fail To Apply on Appeal & Deem the Appeal As Frivolous. Which the App. ct. (overruled.) While its these Abuses of Judicial Discretions & Power, Clowns Posing As Judges, Working With or For the F.Bop. (to) immunize All their negligent. Wrongful Acts or Ommissions Has become the greatest injustice & imminent Danger Gorbey & other Prisoners Face. Asemani vs. US Citizenship & immigration services 797 F3d 1069 (D.C. cir. 2015) the imminent Danger Exception Applies if the Danger Exists At the Relevant Temporal Focal Point of Action. (Just like) Here Gorbey Filing An imminent Danger suit the clerks Error Rejected. forcing Him To suffer the Damages. Phelps-Roper vs. Nixon 545 F.3d 685, 690 (8th cir. 2008) Duran vs. Anaya 642 F. Supp. 510, 527 (D. N. M. 1986) Respect For law Particulerly by those Responsible For Running our Prisons & Courts Are matters of Highest Public intrest.

Case: 3:22-cv-50403 Document #: 1 Filed: 11/18/22 Page 12 of 13 PageID #:12

(While) issues Continue. Here. While Gorbey A Non-Violent D.C. state offender Who Was At A medium level Facility should (Never Have) been Designated to the seriously Violent smu Where He Has been Repeatedly subject to seriously violent, mentally ill & suicidal inmates & violent, Aggressive, & Assault orchestrating staff & clowns like Warden Bergami take part in (Cover-ups) of the Repeated Atypical & significant Hardships & irrepairable Harms, making Way For the Adverse Events to Continue by Not Recording Each Prior Event or subsequent Event. & this is Evidence by, After All the Filings & things Gorbey Has Done (to) Record these Events. the Warden Bergami is so Foolish on 10-4-22 To Argue Gorbey Never inform Anyone of Any Assaults & Then on 10-6-22, only 2 days later, A. Johnson & others, try to subject Gorbey to yet More Physical damages by trying to move Him back in Unit G02 with Known Assailants & then start Bringing inmates From G02 to G03 As orderlies & on 10-15-2022. Let one of those (Known threatful inmates) AKA A.K.A. 5-4 get on Gorbey's Cell Door yelling threatning Gorbey & Calling Gorbey A Rat &

check in (Knowing) such claims in prison Especially the seriously violent SMU (Causes) other inmate ANimosities & ANtagonisms towards Gorbey, Trying to Now X Him out in unit G03. & placing Gorbey in yet more threat of serious physical injuries or Death. While these orderlies Run Loose & wild in the unit unrestrained. & offten Electric Cell Doors (open Errorly) As in sept. 2022 While Gorbey sat & Ate His Lunch His G03-039 Cell Door open With No Staff Around & stay open 3-5 minutes & then closed. being Either An Electrical shortage. or Someone Error or Deliberatly Error Pressing the open button Which could Just As Easy Happen When A seriously violent & Hostile inmate is Running vertually uncheck outside Gorbey's Door As most offten when orderlies Are in the unit (Staff) is out by the Front unit Door on the Computer & could Not Provide immediate Help if they Even chose to. given 3/4 of the staff working G-unit Dols. Casey, schwortz, smith Tempetton. Bouse, Kwess & others Gorbey Has Had To File suits of misconducts on. 28 USCS 17-16.

I Gorbey Declare 10-22-22 True & Correct.

(chief) Col. michael S. dw Feather. Gorbey
McNaun Nation - Native America,

Gorbey sent a complaint to SIA inhouse mail 10-15-22 About the threatted orderly yet staff still bring Him over mingling Hostile inmates from Different units